District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD EMTAGE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-00267-RSM <br><br> JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE <br><br> Noted for consideration on: <br> May 2, 2023 |

Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move to extend Defendants' time to respond to the Complaint until May 22, 2023.  Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-130, Petition for Alien Relative, and Form I-485, Application to Register Permanent Residence or Adjust Status.  Dkt. No. 1.  Defendants' current response deadline is May 8, 2023.

The parties submit there is good cause for the requested extension.  USCIS anticipates acting on the applications shortly.  To provide time for USCIS to continue processing the pending

JOINT STIPULATION AND ORDER TO CONTINUE
DEADLINE
CASE NO. 2:23-cv-00267-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 applications, the parties jointly request that the Court extend Defendants' deadline to respond to
2 the Complaint until May 22, 2023.
3      DATED this 2nd day of May, 2023.
4 Respectfully submitted,

5 NICHOLAS W. BROWN  
United States Attorney

*s/ Michelle R. Lambert*  
MICHELLE R. LAMBERT, NYS #4666657  
Assistant United States Attorney  
United States Attorney's Office  
1201 Pacific Avenue, Suite 700  
Tacoma, WA 98402  
Phone: 253-428-3824  
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 138 words, in compliance with the Local Civil Rules

GILLIN LAW GROUP, PLLC

*/s/ Brandon S. Gillin*  
BRANDON S. GILLIN, WSBA# 44761  
11910 50TH Avenue W, Ste. 205  
Lynwood, WA 98036  
Phone: 425-947-1130  
Email: brandon@gillinlaw.com

JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE  
CASE NO. 2:23-cv-00267-RSM

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

**ORDER**

It is **SO ORDERED.**

DATED this 4th day of May, 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER TO CONTINUE
DEADLINE
CASE NO. 2:23-cv-00267-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970