District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD EMTAGE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-00267-RSM <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> Noted for consideration on: <br> May 15, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to dismiss this case without prejudice, with each party to bear their own fees or costs.

DATED this 15th day of May, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office

GILLIN LAW GROUP, PLLC

*/s/ Brandon S. Gillin*
BRANDON S. GILLIN, WSBA# 44761
11910 50TH Avenue W, Ste. 205
Lynwood, WA 98036
Phone: 425-947-1130

STIPULATED MOTION TO DISMISS AND ORDER
CASE NO. 2:23-cv-00267-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | 1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

Email: brandon@gillinlaw.com

*Attorneys for Defendants*

I certify that this memorandum contains 29 words, in compliance with the Local Civil Rules

STIPULATED MOTION TO DISMISS AND ORDER
CASE NO. 2:23-cv-00267-RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

## **ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with all parties to bear their own costs and attorneys' fees.  It is so **ORDERED**.

DATED this 17th day of May, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS AND ORDER
CASE NO. 2:23-cv-00267-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970